UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>SWISS POST,<br><br>    Defendant. | CASE NO. CV 10-09880 RGK (JCGx)<br><br>**ORDER FOR ENTRY OF JOINT STIPULATED PROTECTIVE ORDER**<br><br>**DISCOVERY MATTER** |
| SWISS POST,<br><br>    Counter-Claimant,<br><br>v.<br><br>RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>    Counter-Defendants. | |

The parties to the above captioned litigation having entered into the [Proposed] Joint Stipulated Protective Order, having filed the Joint Stipulated Protective Order with the Court on December 19, 2011, and good cause being shown therefore, IT IS HEREBY ORDERED that the Joint Stipulated Protective Order shall be and hereby is approved in its entirety and made the order of this Court.

Dated: **December 20, 2011**

_____
Magistrate Judge Jay C. Gandhi
UNITED STATES MAGISTRATE JUDGE