1 | Henry Ben-Zvi, State Bar No. 105419
  | BEN-ZVI & ASSOCIATES
2 | 3231 Ocean Park Blvd., Suite 212
  | Santa Monica, CA 90405
3 | 310.664.1570
  | *henry@ben-zvilaw.com*
4 |
  | Attorneys for Plaintiffs RPOST
5 | HOLDINGS, INC., RPOST
  | INTERNATIONAL LIMITED, and
6 | RMAIL LIMITED

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RPOST HOLDINGS, INC., RPOST INTERNATIONAL LIMITED, and RMAIL LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>SWISS POST,<br><br>    Defendant. | CASE NO. CV 10-09880 RGK (JCGx)<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

[PROPOSED] ORDER RE: STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

1  The Court has considered the Stipulation to Dismiss Entire Action with
2  Prejudice.
3  FOR GOOD CAUSE SHOWN, the entire Action – Plaintiffs' (RPost
4  Holdings, Inc., RPost International Limited, and RMail Limited) claims and
5  Defendant's (Swiss Post) counterclaims – is hereby dismissed with prejudice.
6  Each side shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

Dated: September 12, 2012   _____
United States District Judge